GEORGE D. JUDSON, Respondent, *v.* CITY OF NIAGARA
FALLS, Appellant.

*Judson* v. *City of Niagara Falls*, 140 App. Div. 62, affirmed.
(Argued January 16, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 15, 1910, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court in an
action by an attorney to recover for services.

*Firnum G. Anderson* for appellant.

*Montford G. Holley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISOOCK and COLLIN, JJ.

———

UNITED STATES FRAME AND PICTURE COMPANY, Appel-
lant, *v.* CHARLES S. HOROWITZ, Respondent.

*U. S. Frame & Picture Co.* v. *Horowitz*, 139 App. Div. 895,
affirmed.
(Argued January 16, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 18, 1910, affirming a judgment in favor of
defendant entered upon a decision of the court on trial at
Special Term in an action to restrain the use of a trade
name.

*Leslie S. Lockhart* for appellant.

*Nathan Burkan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.